FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 NOV 20 PM 4:25

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALENCIA GARNER,                )
                                )
     Plaintiff,                 )
                                )
v.                              )    CASE NO. CV413-224
                                )
UNITED STATES OF AMERICA,       )
CENTRAL INTELLIGENCE AGENCY,    )
HOLIDAY INN EXPRESS SUITE,      )
and MR. GREG JOHNSEN, General   )
Manager,                        )
                                )
     Defendants.                )
                                )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED** as frivolous. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of November 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA