IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALENCIA GARNER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-224
)
UNITED STATES OF AMERICA, )
CENTRAL INTELLIGENCE AGENCY, )
HOLIDAY INN EXPRESS SUITE, )
and MR. GREG JOHNSEN, General )
Manager, )
)
    Defendants. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED** as frivolous. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of November 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA